| | |
|---|---|
| 1 | Douglas L. Ropel, Bar No. 300486 |
| | dropel@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall, Suite 2000 |
| 3 | Sacramento, California 95814 |
| | Telephone:   916.830.7200 |
| 4 | Fax No.:       916.561.0828 |
| 5 | Carolyn G. Hudson, Bar No. 334842 |
| | chudson@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
| | 5200 North Palm Avenue, Suite 302 |
| 7 | Fresno, California 93704 |
| | Telephone:   559.244.7500 |
| 8 | Fax No.:       559.244.7525 |
| 9 | Attorneys for Defendant |
| | BAKERSFIELD REHABILITATION |
| 10 | HOSPITAL, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELAINE SMITH, an individual, | Case No.: |
| Plaintiff, | *[Removed from Kern Superior Court, Case No. BCV-24-100497]* |
| v. | |
| BAKERSFIELD REHABILITATION HOSPITAL, a limited liability company; and DOES 1 through 50, inclusive, | **DEFENDANT BAKERSFIELD REHABILITATION HOSPITAL, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | Trial Date:         Not Yet Set |
| | Complaint Filed:   February 13, 2024 |

LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
916.830.7200

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BAKERSFIELD REHABILITATION HOSPITAL, LLC hereby submits the following corporate disclosure statement:

BAKERSFIELD REHABILITATION HOSPITAL, LLC is a limited liability company. Its sole owner (*i.e.*, member) is Ernest Health Holdings, LLC.

Dated: March 15, 2024

LITTLER MENDELSON, P.C.

*/s/ Douglas L. Ropel*
Douglas L. Ropel
Carolyn G. Hudson
Attorneys for Defendant
BAKERSFIELD REHABILITATION HOSPITAL, LLC

4856-6829-4828.1 / 062445-1063